UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WARSAW ORTHOPEDIC, INC. and MEDTRONIC SOFAMOR DANEK, INC., <br><br> Plaintiffs, <br><br> v. <br><br> EBI, L.P. and BIOMET, INC., <br><br> Defendants. | C.A. No. 06-0490 (SRC/MAS) <br><br> **STIPULATION FOR DISMISSAL** |

The parties stipulate and consent through their respective undersigned counsel, to respectfully request this Court dismiss this action without prejudice, including all claims and defenses, with each party to bear its own costs and attorney fees.

Dated: December 15, 2008

s/ Dennis F. Gleason
**CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN**
Dennis F. Gleason
5 Becker Farm Road
Roseland, NJ 07068
(973) 994-1700

-and-

s/ Paul G. Nittoly
**DRINKER, BIDDLE & REATH L.L.P.**
Paul G. Nittoly

500 Campus Drive
Florham Park, NJ 07932
(973) 360-1100

-and-

| | |
|---|---|
| ROBINS, KAPLAN, MILLER<br>& CIRESI L.L.P.<br>Martin R. Lueck<br>Jan M. Conlin<br>Thomas C. Mahlum<br>Tara F. Harkins<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN 55402-2015<br>(612) 349-8500<br><br>**ATTORNEYS FOR PLAINTIFFS** | PATTERSON BELKNAP WEBB<br>& TYLER<br>William F. Cavanaugh<br>Eugene M. Gelernter<br>Melissa Mandrgoc<br><br>1133 Avenue of the Americas<br>New York, NY 10036<br>(212) 336-2000<br>**ATTORNEYS FOR DEFENDANTS** |

361387

SO ORDERED:

STANLEY R. CHESLER, U.S.D.J.